IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-2635-AP**

**QUESTAR EXPLORATION AND PRODUCTION COMPANY**,

      Plaintiff,

v.

**JOHN BARDER, Manager, San Juan Basin Region, Indian Oil and Gas Compliance and Asset Management for the Minerals Management Service Department of the Interior, and GALE NORTON, Secretary of the United States Department of the Interior,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Parties' Motion for Extension of the Current Stay, (doc. #12), filed September 29, 2005, is **GRANTED.** This case is further stayed until November 25, 2005, at which time the parties shall file their dismissal documents or an additional status report on the progress of their settlement.

Dated: September 29, 2005