IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-2635-AP**

**QUESTAR EXPLORATION AND PRODUCTION COMPANY**,

Plaintiff,

v.

**JOHN BARDER, Manager, San Juan Basin Region, Indian Oil and Gas Compliance and Asset Management for the Minerals Management Service Department of the Interior, and GALE NORTON, Secretary of the United States Department of the Interior,**

Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Joint Motion to Continue Stay for an additional 60 days to January 24, 2006 (Doc. 14) is GRANTED.   By January 24 the parties shall file either their dismissal documents pursuant to Rule 41(a)1)(ii) or, if necessary, an additional status report on progress.

---

Dated:  November 30, 2005